**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| RICHARD A. SMITH, | : No. 158 EM 2014 |
| Petitioner | : |
| v. | : |
| PHILADELPHIA COUNTY COURT OF COMMON PLEAS, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21<sup></sup> day of November, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED**. The court of common pleas is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days of this order. .